# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 154 MAL 2014
               :
            Respondent    :
               :   Petition for Allowance of Appeal from the
               :   Order of the Superior Court
         v.           :
               :
               :
               :
DERIACE STONE,           :
               :
            Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.